

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00644-CV

**IN RE Vielka ARMAND**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: October 16, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On September 19, 2019, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018CI01895, styled *Vielka Armand v. Legal Eats, LLC; et al.*, pending in the 407th Judicial District Court, Bexar County, Texas. The Honorable Karen Pozza signed the order at issue in this proceeding.